BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



CV-20-28-TUC-JR

COMPLAINT

Of llessuR nalA drahciR, EKUD, in presence for proffering,

then, securing Blessings and Luck of and for The People, as a

Spiritual Soul bound and unbound by all and no Law of Land,

Law of Sea; begot of William "Popsie" Russell, begot of Dwain

Franklin Russell and bore in, as, and of physical, natural,

form by the natural person titled Lauree Lee Russell on

January 21st, 1989, approximately 2 years after his full-blood

brother of natural person Alexander James Russell; of equal

blood rights and claim to and on the HOUSE OF LLESSUR; duly

answering ONLY by act of motion to, at, and on behalf of the

natural person "Richard Alan Russell" V.C. as recognized by

all citizens of the Plant Earth;

being answerable at physical mailing address 4071 E. Santa

Barbara Ave, Unit 1, Tucson AZ 85711, phone +1 520 213 9973,

preferred email rick.alan.russell@gmail.com; that is,

"Richard Alan Russell" V.C. as a natural person of flesh being

answered ONLY by his unlawfully lawful, Supremely empowered,

Spiritual Soul of, at, by llessuR nalA drahciR, EKUD;--

understanding,

EKUD, llessuR nalA drahciR, enacts Consul, of a pro se and se

pro nature, as a spatially higher-dimensional Spiritual Soul

not understanding Universal (i.e. Human-kind) Law (e.g. of

Time), of and for the natural person titled "Richard Alan

Russell" V.C., in and for all acts, starting within the

present, forma pauperis.

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



## JURISDICTION

1    Of Federal Personal and Federal Subject-matter, concerning

2    acts of Conspiracy, for preservation of a state of medicine

3    and state of being;

4    understanding Federal (Question) Jurisdiction, in an

5    applicable District Court, Supreme Court, or any

6    combination of a District and Supreme Court of law ruling

7    over the State of Arizona and over The UNITED STATES OF

8    AMERICA; In and For:

9         The People of the City of Tucson, County of Pima,

10        State of Arizona, and understanding, ANY and ALL

11        lawfully and duly empowered order(s) and judgement(s)

12        ONLY be an act in spirit of fact in letter and color,

13        which itself has been bestowed, empowered, and

14        ascribed within Article 3 of the UNITED STATES

15        CONSTITUTION.

16

17

18

19

20

21

22

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



23

24

25                                    PLAINTIFF

26     RICHARD ALAN RUSSELL *V.C.*, with

27     Date of Birth January 21st, 1989, and of

28     Alias, "Mr. Russell", "Ricardo", "Rick", and

29     Represented by llessuR nalA drahciR, EKUD, from, to, the

30     mail service address of 4071 E Santa Barbara Ave, Unit 1,

31     Tucson, AZ, 85711.

32  *V.*

33                                    DEFENDANTS

34     Conspirators: THE UNIVERSITY OF ARIZONA ("UARIZONA"),

35     COLLEGE OF MEDICINE - TUCSON ("COM"), THE ARIZONA BOARD OF

36     REGENTS, doctor KEVIN F MOYNAHAN, doctor TAYLOR RIALL,

37     doctor SEAN P ELLIOTT, and doctor RICHARD KUMET, all with

38     the permanent mail service address of 'Office of General

39     Counsel, University of Arizona, PO Box 210066, Tucson,

40     Arizona 85721-0066', some with physical location of

41     'Administration, Building, 1401 E. University Blvd., Room

42     103'.

43     Co-conspirators:  Medical Doctors (i.e. doctors) within,

44     and acting as, legal and natural person(s) in compliant



45   understanding of the Law of the County of Pima, Law of the

46   State of Arizona, and Law of the Federal Presidential

47   Constitutional Republic of THE UNITED STATES OF AMERICA.

48                           INTRODUCTION

49   Richard Alan Russell, and I have been wronged, and we have

50   no money, no experience, nor additional time lost to even

51   pursue this case. We are a happy and high-functioning

52   homosexual male born in the State of Arizona, and we are

53   passionate about sharing raw knowledge, humanism, and

54   financial sustainability originated from within creative

55   realm(s) of the Artz, of The Medicine(s).

56                          NATURE OF ACTION

57   I, Richard Alan Russell V.C., had graduated from

58   undergraduate studies at the University of Arizona

59   (UArizona) having taken over 50 credit hours -- including

60   graduate level coursework in mathematics, philosophy,

61   econometrics, Business, etc. - over the course of two

62   semesters and a summer. I was exhausted, but it got me a

63   scholarship to the UArizona College of Medicine - Tucson

64   (CoM). The scholarship was 20k, which I invested over time

65   into building educational experiences for myself throughout

66   my approximate 6 years studying graduate medical doctor

67   coursework, hoping to earn an MD to help others, to serve

68   myself, and to delve into the field of science. I

69   originally requested a leave of absence (LoA), or



70    deferment, before starting to make sure I truly wanted to

71    commit to over 150k in student loan debt at the UArizona

72    CoM, while I traveled several continents asking "what makes

73    a good doctor" under stewardship of a long lost benefactor.

74    However, I was notified that if I did not start immediately

75    that my scholarship funds would be revoked. So, I started

76    August of 2013. It is now January 0202; I was set to

77    graduate May 2020. I even had an interview for a primary

78    care family medicine residency program scheduled October

79    31st, 2019. What follows are the chronological events

80    leading to my administrative drop from the UArizona CoM,

81    days before I took and passed my United States Licensing

82    Examination (USMLE) Step 2 Clinical Knowledge, while in the

83    middle of my successfully applying to residency.

84    Upon starting medical school, I remember wanting to

85    understand how the world worked. I was extremely passionate

86    about Black Woman's rights. I even read and carried around

87    with me one of the most powerful feminist books ever

88    written – Women, Race, and Class by Angela Davis. My scores

89    were never high on tests, and this was never my end goal.

90    My worst nightmare had been multiple choice tests, and

91    that's essentially all medical school examination. So, I

92    had to modify my study methods, but finally found an

93    effective way to score somewhere between the 5th and 55th

94    percentile. (This considered, I was never a student at risk

95    of failing out due to baseline academic performance as

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



96      measured objectively in written examination.) Many a time,

97      throughout medical school, I've been able to jump from the

98      4th national percentile (after not taking a single practice

99      question) to the 50th national percentile (for example,

100     after reading a 170 page surgery clerkship exam review

101     book); the raw percent of the 50's (after being flown out

102     to NYC to watch the Big Fish musical) to the 80's (after

103     studying hard in my room at home), for example, on my

104     neurology block final. All I had to do is study a little

105     more to pass the examinations…this is a public university

106     after all…

107     Well I managed to get through the 1st year but wanted and

108     needed a Leave of Absence (LoA) – remember too that my

109     deferral was denied the year prior. I took my first LoA as

110     a medical leave per administration's suggestion; there

111     would be less questions asked in residency. I told the

112     counselor at the university I wanted to better balance out

113     my personal and professional life. Really, I wasn't happy

114     with the book curriculum and unimpressed. And I had even

115     started to find legitimate, peer-reviewed research

116     articles, which foreshadowed the monster awaiting me during

117     my 3rd clinical year: "Medical error—the third leading

118     cause of death in the US" (see Hopkins-CDC-letter).

119     Anyways, back I came to allopathic schooling from this LoA,

120     having worked for a massage and wellness center and an

121     integrative health clinic for about a year. These temporary

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



122    and part-time jobs led me to the conclusion that people

123    prefer whatever type of medicine they prefer, regardless of

124    quite a few factors, and that money is an underlying

125    current in any healthcare setting. So, I passed second year

126    and passed my USMLE Step 1 (the first of 2 steps for

127    graduation with an MD and 3 steps for medical licensure).

128    I started my clinical rotations of 3rd year with zeal and

129    gusto! I thought I finally was going to learn about the

130    practice of clinical medicine. This did not go well; that

131    is learning the current state of clinical medicine. In

132    fact, it went so poorly, after my first clinical semester I

133    decided to take a personal leave out of the country. I had

134    designed what I assume is the first US MD program in

135    history that would allow students to graduate with a

136    foreign medical degree title and foreign second citizenship

137    by taking 1-1.5 years abroad in Peru understanding

138    international corporate law. The proposal was supported by

139    the previous president of the UArizona under a Designated

140    Campus Colleague, "DCC", contract. And so off I went to

141    live in Peru for 14 months. I met my Princess Salí; my

142    Peruvian cat that has provided me unending emotional and

143    mental support with her love. And before I knew it, after a

144    squabble with a diplomat and an unfortunately demented

145    grandmother who, despite being recorded by the Peruvian

146    police at their own initiation and will (for calling me a

147    woman and a pig like all the U.S. citizens), still helped



148     me check my rough draft translations of two Memorandums of

149     Understanding between the nations of India and Peru for

150     integrating medicinal plants and traditional Indian

151     medicine into the worldz allopathy.

152     Then, back to the UArizona CoM, under strict agreement to

153     graduate in no more than 6.5 years total, or, my current

154     graduation date of May 2020. I knew that even some bad, and

155     all tribulation onward, will propel me to success of my

156     biggest dreams and goals to help others helping myself. I

157     started my studies back up, ultimately having to decide to

158     expire my special migratory permission from the government

159     of Peru, lose my chance to naturalize as a Peruvian

160     citizen, and continue to pursue something not right at the

161     UArizona CoM. I did my very best to not fail due to the

162     graduation time constraint; I tried not to ask questions; I

163     tried to model behaviors; I tried everything. But there was

164     always a doctor (or two) that hated my guts. HesheehseH'd

165     fail me no matter what I'd do.

166     I re-took my psychiatry clerkship and passed. (Keep in mind

167     that at this point I had been reported by the director the

168     psychiatry clerkship, a licensed psychiatrist along with

169     the interim curricular affairs directors for "mentally

170     unraveling", specifically and immediately after I attempted

171     to collect – and did collect by act of fate, magic, love,

172     hate, god, free will, or what's humanity - due evaluation

173     forms from doctors I was assigned to work with by the



174     UArizona CoM and whom were happy to provide evaluations -,

175     and I had even one review written about me that I was

176     liable to permanently harm and kill patients from an

177     anonymous surgery clerkship grader.)

178     I retook my surgery clerkship, but was failed a second

179     time. I don't know why exactly I failed this second attempt

180     because the school first sent me passing grades. Then, they

181     said they collected more evaluations, but refused to send

182     me the corrected grades for well over the federal statute

183     time-limitation of 45-days upon request receipt, while

184     completely ignoring my ~5 emails for more information over

185     the time of a month during this last appeal. And now we are

186     at present time.

187     I have been told by the Medical Director's Director at

188     Canyon Ranch Inc, that due to what is obviously a "conflict

189     of interest" - as I am forced to litigate or carry more

190     than 250,000 USD in federal student loan debt with an

191     approximate 6.0% interest rate until I am 55 - that I must

192     discontinue my elective education with them despite

193     satisfactory performance.

194     Finally, I did receive access to my surgery grade(s) as

195     well as the rest of my FERPA protected educational records

196     both after 45 days of original receipt of request in

197     violation of federal statue, and I then discovered that the

198     faculty had been repeatedly concerned for their safety per



199     their emailed communication because of my physical presence

200     in legal acts of my natural person. I discovered that I was

201     repeatedly called names of a clinical diagnostic nature

202     without ever being given an duly enforceable medical

203     examination, and that a picture of my face to identify me

204     was circulated to warn other faculty – despite the Dean of

205     Students marking me "no risk" to cause harm, despite the

206     University of Arizona Police Department statement of "not

207     criminal" in nature, and despite the Deputy Dean of

208     Education filing a subsequent police report based my well

209     worded and comprehensible email (to an assistant attorney

210     general of the State of Arizona) within the University of

211     Arizona Police department (UAPD) on November 1st, 2019. An

212     employee even expressed concern for violation of federal

213     laws at this time, and I was physically located over 4

214     hours away by car at my brother's house for the holidays

215     with my nieces. This was all to his, doctor Kevin F

216     Moynahan's sound (in other words unsound reality of)

217     judgement and knowledge.

218     I, Richard Alan Russell, would like to settle out of court

219     to pay off my loans due to the following, documented

220     evidence-based claims:

221                             CLAIMS

222                 HARASSMENT – TITLE IX & FERPA VIOLATIONS

223     Claim 1



224   Being called a "Dick" by a graduating senior over a

225   college-wide listserv with all students and faculty at the

226   UArizona CoM during my first weeks of school, with no end

227   intervention disallowing this behavior to continue by

228   administration and faculty year after year (written

229   documentation). Thus, the UArizona has advertised itself

230   fraudulently, deceiving students into thinking it provides

231   modern professional behavior training and exposure;

232   Claim 2

233   Having a resident physician give my cell phone number to a

234   patient without my permission and not in my presence

235   (written documentation); Having a physician send a group

236   text including other healthcare professionals about me

237   referring to a blow job (written documentation); Being told

238   I cannot send peer-reviewed article titles, abstracts, and

239   or findings relevant to the team's patient(s) via text

240   (personal testimony); Being dismissed to academic half-day

241   without explanation because I left the hospital building

242   during a fire (written documentation); Being told I have a

243   mental disorder when I tried to explain my personal

244   philosophy of dialetheism to an attending (personal

245   testimony); Later being explained to by the director of the

246   internal medicine clerkship that getting on the right

247   medicine for ADHD fixed all the problems for another

248   student like me (personal testimony); Being called late



249        after work hours when I had the flu with the expectation

250        that I must pick up and discuss my "failures" for over an

251        hour, then being harassed in act of bullying by this same

252        doctor the next day during my lunch break for no patient-

253        related end (written documentation and personal testimony);

254        Claim 3

255        Having to repeatedly refuse to sign untrue and slanderous

256        and libelous statements against my professional character

257        and person then being penalized and retaliated for

258        exercising my right to and of refusal to sign (written

259        documentation); have physicians spread rumors about me

260        regarding false statements about my personal and

261        professional character repeatedly (written documentation

262        and personal testimony);

263        Claim 4

264        Being text late after work hours to answers of demands from

265        residents of me to discuss (for example) in detail my

266        communication about children's "stickers" and "cerebral

267        palsy" that Rick had had with patients - when in reality,

268        the next day the patient's mother had me step forward in

269        front of the entire care team to highlight this very same

270        interaction I had had by staying with her immobile daughter

271        later than anyone on the team (written documentation);

272        being excluded from seeing patients with the rest of the

273        team (personal testimony); being required to process

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



274     medical records and not being recognized for my non-

275     educational work fixing broken doors and printers on the

276     unit when other hospital staff called for me on the phones

277     unknowingly as the manager of the entire hospital floor for

278     all this extra work to benefit the medical doctor

279     colleagues and teams (personal testimony and written

280     documentation);

281     Claim 5

282     Being accused of the crime of coercion because, while Rick

283     was alone in a closed room with 3 physicians refusing to

284     sign an evaluation falsely stating I had "questionable

285     honesty and integrity" and because according to the Dean of

286     Education, Rick shared my story in seeking support of

287     colleagues (written and phone recorded documentation);

288     Claim 6

289     Learning in an institute where there are not enough

290     patients to meet program training requirements; that is the

291     requirements as specified and as written by the UArizona

292     CoM for patient load (per student) necessary for training

293     and accountable performance evaluation, LCME documentation

294     and policy, and training of doctor skills (written

295     documentation);

296     Claim 7

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



297   Retaliation for discussing and rightfully acting on my

298   frustration with the massive billing fraud that occurs

299   daily in the training hospitals (written documentation);

300   retaliation by the medical school medical doctors for

301   reporting unprofessional events in the workplace (written

302   documentation and personal testimony);

303   Claim 8

304   Verbal harassment by two faculty members (written

305   documentation); having the senior most attending surgeon

306   tell me we can't have perverts work in the hospital

307   (personal testimony);

308   Claim 9

309   Being told if Rick wants to pass that Rick can't ask

310   patient-related questions in public meetings that all

311   students attend, only ask in private, yet be praised for

312   one of these two same questions that Rick had asked during

313   the interdisciplinary healthcare team meetings (recorded

314   documentation);                                    .

315   Claim 10

316   Repeatedly being pulled away from my duties and clinical

317   study to address biased grades and biased appeals (written

318   documentation) and failures of the university to adhere to

319   their own written policy (written documentation);

320   Claim 11

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



321  Not receiving adequate responses to emails and grade

322  documentation in accordance with federal public university

323  requirements outlined in FERPA and having my professional,

324  legal, acts of natural person shared with faculty not on a

325  need to know basis, violating my student rights (written

326  documentation); being graded (and also reported) unequally

327  when compared with other students with access to materials

328  in advance (written documentation); culminating in the

329  UArizona CoM committing fraud by failing to satisfy the

330  Liaison Committee on Medical Education (LCME) accreditation

331  requirements and both internal UArizona CoM (therein the

332  UArizona itself) policy requirement and federal government

333  public university requirement for accreditation;

334  Claim 12

335  Devaluing Rick with continual disrespect, false accusations

336  against my professional and personal nature, belittlement,

337  hate, dehumanization, liable, and unequal treatment to

338  extremes of gas-lighting over multiple years – disregarding

339  the value of my time and energy by failing me for drawing

340  attention to medical confusion, to team errors resulting in

341  possible harm and death to patients, and to degradation of

342  patient-centered care – which all ultimately left me

343  helpless in my attempts to uphold the Hippocratic Oath,

344  subsequently driving my stress level so high that I had

345  experienced insomnia and general sleep loss for months on

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



346     end, IBS with literal explosive diarrheal episodes meeting

347     ADA requirements, abnormal heart palpitations for weeks,

348     and stroke-like events with sequelae. (written

349     documentation);

350     Claim 13

351     Having the licensed psychiatry clerkship director and the

352     (interim) dean of curricular affairs report me for mentally

353     "unraveling" to the Dean of Students ultimately because

354     Rick was trying to collect additional evaluation from my

355     "happily" willing program assigned, training physician(s)

356     (written documentation); (written documentation).

357     Subsequent to my academic dismissal, a group of medical

358     doctors then continued defaming my mental state to police

359     as "disjointed", "incoherent ramblings", even leading to

360     multiple interviews with independent health care experts

361     that all said the contrary, in accord with the Dean of

362     Students; - that I was sane, no risk to harm myself, and no

363     risk to harm anyone else. These mental health interviews

364     even required I meet with a Crisis Mobile team at my house

365     in the middle of the night. And both technicians agreed

366     that I was a sane and normal person. That the school had

367     wronged me, and that I should get a lawyer;

368     Claim 14

369     Being subjected to sexually charged conduct (disturbing the

370     peace) by a UArizona Foundation board member, repeatedly in

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



371     his requesting for sexual advancement as separate from his

372     offer to invest in my companies (written and phone recorded

373     documentation); despite our understanding that we are only

374     focused on my company work;

375     Claim 15

376     Failure of the Office of General Counsel (as well as

377     multiple UArizona - CoM faculty) to investigate and respond

378     to my reports of 1st amendment violation and of Title IX

379     harassment violation to CoM (written and phone recorded

380     documentation);

381     Claim 16

382     Both the UArizona, CoM, committing a clear and repeated

383     pattern of abuse of discretion by neglecting to consider

384     valid and duly enforceable evidence, policy, and act(z)

385     (written documentation);

386     Claim 17

387     Defamation of character in form of both slander and liable

388     (police report with addendum[s]);

389     Claim 18

390     RICO Act violation of AZ state usury law (written

391     documentation, see AG's case);

392                         CIVIL CONSPIRACY VIOLATION

393     Claim 19



394      In multiple clinical settings physicians graded my

395      performance as trouble(d) with hierarchy, trouble(d) with

396      narcissistic damage, trouble(d) with taking feedback, and

397      trouble(d) with ability to learn (clinical) medical

398      knowledge, instead of recognizing Rick was and Rick is

399      simply trying to change the current healthcare setting by

400      being myself for the benefit of my own person and the

401      benefit of the patients. This is why my Facebook post

402      quoting the 2016 British Medical Journal words "the third

403      leading cause of death in the US" was reported to the

404      police by a Deputy Dean of Education at the Uarizona

405      College of Medicine;

406      These troubles inaccurately ascribed to my person were

407      communicated as fear-stricken fact between a minority of

408      different doctors, deans, residents, and faculty with

409      complete disregard to the legal and professional duties of

410      medical doctors (i.e. contractual and consensual physical

411      and history examination by a licensed medical doctor to do

412      no harm). And this is why Rick has many completely

413      contradictory evaluations, stating that Rick is an

414      excellent medical student to the contrary;

415      It appears that this trouble describing me was accepted as

416      true and never questioned in writing by this minority of

417      different doctors, all of which comprise the conspirators

418      and co-conspirators. For example, not one of conspiratorial



419    medical doctors ever asked on record, "maybe we should see

420    if Rick is being harassed and we are breaking federal laws

421    like one of our non-MD employees was concerned about?") And

422    this minority of different doctors, deans, residents, and

423    faculty all agreed together that no objective voice

424    recordings, video recordings, nationally standardized

425    examinations, prepared academic medicine PowerPoint

426    presentation(s), additional evaluations from a diverse set

427    of licensed health care providers, peer-reviewed medical

428    journals, patient accounts, nor non-MD witness accounts be

429    used to establish fact;

430    This minority of different medical doctors were simply "the

431    doctors", and they decided together with unsupported fact,

432    based NOT upon sound and complete evidence, that Rick

433    should not graduate because of the "trouble(z)" they

434    clinically saw in my person, both professionally and

435    personally;

436    Rick, as in I, told the defendants that they were breaking

437    federal laws and they continued to break federal laws (e.g.

438    freedom of belief, 45 CFR 88, RIN 0945-AA10, document 2019-

439    09667 was clearly violated) for intents and processes of

440    expelling me. This conspiratorial and bullying activity,

441    and subsequent unlawful activity, literally put me into a

442    perceived and very real, perceived, state of duress, as



443  recognized in writing and in free accord by both Plaintiff

444  and Defendant person(s).

445                            DEMAND

446  For 7,000,000 USD cash;- that is SEVEN MILLION United

447  States Dollars cash, by

448  Demand for Jury Trial, for

449  Rick's personal and professional damages, which are both

450  repairable and irreparable in nature, understanding

451  applicable County, Division, State, Federal, and Supreme

452  lawful order(s) and judgement(s);- that is, by duly

453  empowered act understanding;- what is, as applicable within

454  and of the letter of tort, contract, or some combination of

455  tort and contract law(s), not to exclude restoration of and

456  for punitive and exemplary damages.

457                    EXTRENAL (CASE) DOCUMENTS

458  1. Workplace bullying in NHS community trust: staff

459     questionnaire survey. Centre for Research in Health

460     Behaviour, Department of Psychology, University of Kent

461     at Canterbury, Canterbury CT2 7NP Lyn Quine, reader in

462     health psychology L.Quine@ukc.ac.ukBMJ 1999;318:228-32228

463     BMJ VOLUME 318 23 JANUARY 1999 www.bmj.com on 18 October

464     2019 by guest.

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



465     2. Workplace bullying in junior doctors: Questionnaire

466        survey Article (PDF Available) in BMJ (online)

467        324(7342):878-9 · May 2002.

---

**Editorial**

## Mistreatment of Trainees:
## Verbal Abuse and Other Bullying Behaviors

John H. Coverdale, M.D., M.Ed., FRANZCP
Richard Balon, M.D., Laura Weiss Roberts, M.D., M.A.

468     3.

469     4. Virtual Mentor  American Medical Association Journal of

470        Ethics March 2014, Volume 16, Number 3: 155-160.FROM THE

471        EDITOR To Bully and Be Bullied: Harassment and

472        Mistreatment in Medical Education.

## Aggression among university employees

Kaj Björkqvist, Karin Österman. Monika Hjelt-Bäck

First published: 1994 |
https://doi.org/10.1002/1098-2337(1994)20:3<173::AID-AB2480200304>3.0.CO;2-D

473     5.

474     6. CARTER v. CURATORS OF THE UNIVERSITY OF MISSOURI Case No.

475        4:18-00426-CV-RK.

476     7. Carter v. Curators of the University of Missouri Missouri

477        Western District Court Judge: Roseann Ketchmark Case #:

478        4:18-cv-00426 Nature of Suit 190 Contract - Other

479        Contract Cause 18:1961 Racketeering (RICO) Act Case

480        Filed: Jun 01, 2018 Terminated: Mar 28, 2019.

481     8. Former Case Western Reserve University medical student

482        will likely lose degree for lack of "professionalism"

483        Updated Jan 11, 2019; Posted Mar 09, 2015.

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



484 9. NOVA SOUTHEASTERN UNIVERSITY OF THE HEALTH SCIENCES,

485  INC., d/b/a College of Osteopathic Medicine,

486  Appellants/Cross-appellees, v. Keith M. SHARICK,

487  Appellee/Cross-appellant. Nos. 3D08-2507, 3D08-

488  2705.Decided: August 26, 2009.

489 10. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

490  COLUMBIACYRENA CHANG PAULIN, Plaintiff, v. THE GEORGE

491  WASHINGTON UNIVERSITY SCHOOL OF MEDICINE AND HEALTH

492  SCIENCES Defendant. Civil Action No. 12-86 (GK).

493 11. UoA Handbook applicable to the time of events is not

494  available:

495 Rick Alan <rick.alan.russell@gmail.com>  Mon, Dec 9, 8:46 PM (11 days ago)
to asya

so what are the handbook policies?

496 •••

497 3 Attachments

498 THE UNIVERSITY OF ARIZONA | College of M THE UNIVERSITY OF ARIZONA RE: Medical Studen...

499

500 Roberts, Asya D - (asya) via emailarizona.onmicrosoft.com  Tue, Dec 10, 9:48 AM (10 days ago)
to me

501 Yes, I sent another message yesterday asking the same thing. This is very unclear. I'll let you know what I receive back.
Thank you for your patience.
Asya

502 Asya Roberts
Executive Associate to the Vice Provost for Faculty Affairs

503

504 12. Keith M. SHARICK, Appellant, v. SOUTH EASTERN

505  UNIVERSITY OF THE HEALTH SCIENCES, INC., Dr. Michael Ham

506  - Ying, Dr. Matthew A. Terry, and Dr. Arnold Melnick, and



507    Donald A.Tobkin, Appellees.District Court of Appeal of

508    Florida, Third District.November 10, 2004.Rehearing

509    Denied February 9, 2005.

510    13.  No. 3D98-2674 District Court of Appeal of Florida,

511    Third District Sharickv. Southeastern University780 So.

512    2d 136 (Fla. Dist. Ct. App. 2000) Decided Aug 2, 2000.

513    14.  WHAT CAN BE LEARNED FROM SHARICK V. SOUTHEASTERN

514    UNIVERSITY, Scott D. Makar Assistant General Counsel City

515    of Jacksonville, Florida

516    15.  In the case of Morris v. Yale University, a medical

517    student sued Yale University for breach of contract

518    following his dismissal from school for his failure to

519    successfully complete a required examination. To succeed

520    in a breach of contract action, the medical student must

521    prove: (1) the formation of an agreement; (2) the medical

522    student performed as set forth in the agreement; and (3)

523    Yale breached the agreement and caused the medical

524    student damages as a result.

525    16.  Yale Medical Student Claims Breach of Contract After

526    Failing Exam July 1, 2016If you have a question or

527    concern about special education law, school

528    administration, federal standards, or the overall rights

529    of a student, please feel free to call the expert

530    education law attorneys at Maya Murphy, P.C. in Westport

531    today at (203) 221-3100.

BEGIN: 12/12/2019 12:26:25 PM
MP 40:54:5 9102\61\21 :DNE



Under **FERPA**, a school must provide an eligible student with an opportunity to inspect and review his or her education records within **45 days** following its receipt of a request. ... A case in point would be a situation in which the student does not live within commuting distance of the school.  Jun 26, 2015

**FERPA for Students - U.S. Department of Education**
https://www2.ed.gov › policy › gen › guid › fpco › ferpa › students

532    17.

 | Title IX

TITLE IX▾   UA POLICIES▾   OPTIONS▾   TRAINING   PRINTED MATERIALS   ADDITIONAL RESOURCES▾   VAWA▾   QUICK EXIT▾

Title IX /

**Title IX**

Title IX

Submit a Report

The Law

Definitions

Sex Discrimination

Sexual Harassment and Violence

Survivor Advocacy▾

Pregnancy

Athletics

FAQs

First Amendment

Press Releases

## Sexual Harassment and Violence

Title IX of the Education Amendments of 1972 ("Title IX"), 20 U.S.C. §1681 et seq., is a Federal civil rights law that prohibits discrimination on the basis of sex in education programs and activities. All public and private elementary and secondary schools, school districts, colleges, and universities (hereinafter "schools") receiving any Federal funds must comply with Title IX. Under Title IX, discrimination on the basis of sex can include sexual harassment or sexual violence, such as rape, sexual assault, sexual battery, and sexual coercion.

Below is additional information regarding the specific requirements of Title IX as they pertain to sexual harassment and sexual violence.

### What are a school's responsibilities to address sexual harassment and sexual violence?

- A school has a responsibility to respond promptly and effectively. If a school knows or reasonably should know about sexual harassment or sexual violence that creates a hostile environment, the school must take immediate action to eliminate the sexual harassment or sexual violence, prevent its recurrence, and address its effects.
- Even if a student or his or her parent does not want to file a complaint or does not request that the school take any action on the student's behalf, if a school knows or reasonably should know about possible sexual harassment or sexual violence, it must promptly investigate to determine what occurred and then take appropriate steps to resolve the situation.
- A criminal investigation into allegations of sexual harassment or sexual violence does not relieve the school of its duty under Title IX to resolve complaints promptly and equitably.

533    18.

534    19.    https://www.federalregister.gov/documents/2019/05/21/2

535          019-09667/protecting-statutory-conscience-rights-in-

536          health-care-delegations-of-authority

537    20.    https://www.azag.gov/sites/default/files/docs/press-

538          releases/2017/reports/ABOR-COMPLAINT-FINAL.pdf"

539    21.    Bevins v. Six Unkown Named Agents of Federal Burau of

540          Narcotics



541      22.   42 USC. Section 1983 "deprivation of any rights,

542           privileges, or immunities secured by the Constitution and

543           [federal laws]

544

Jan 16th, 20 20

15: 32

15: