4:20-cv-00028-JAS-JR

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: LRCiv 7.1(b)(1)
(Rule Number/Section)



FILED ___ LODGED
RECEIVED ___ COPY
MAY 5 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

4:20-cv-00028 + CV0008-TUC-JAS

MOTION:

1. No more Title 36, writ of notice, prohibiting this act against my name.

2. ∆ address: 6969 N. Spruce Ridge Dr. Flagstaff AZ 86004

5-5-20   Richard