IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Alan Russell,<br><br>    Plaintiff,<br><br>v.<br><br>University of Arizona, et al.,<br><br>    Defendants. | NO. CV-20-00028-TUC-JAS (JR)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 29, 2020,  judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice for failure to comply with the Court's orders.

June 1, 2020

Debra D. Lucas
Acting District Court Executive/Clerk of Court

By   s/ C. Ortiz
     Deputy Clerk