Motion o

Dear Rat Water,

Your Marshalls have come my brother's property from phx and put a baseball sized hole in a window of my brothers window while no one was home; while I have committed ZERO CRIME(S). B while I had hand-cuffs placed on me without a valid and legal order, reason, nor valid and legal law for doing so. Your fear of me "Raging (Your Childrens Souls" in legal acts in the court of law is your fear. Extend my date once again for amended complaint please

①

"because once again I am in duress due to acts of ~~coercion~~ coercion." ~~(spelling?)~~

~~If I am~~ Despite all my rage, I am still just a rat in a cage.

Sincerely,

Richard Alan Russell

motion for Case #(s): CV-20-28-TUC (JR) + 4:2020cv00028

Date: May 24th, 2020 (circa 6:30 pm)
written

LLESSUR NALA DRAHCIR, EKUD

+XXX+ my 24th, 2020

②